IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Raini Clapper Walker　　　　　　　　　　　　BK:　　3:14-bk-05239
Debtor

**AGREED ORDER RESOLVING TRUSTEE'S OBJECTION
NOTICE OF MOTION FOR COURT APPROVAL OF LOAN
MODIFICATION BETWEEN THE DEBTORS AND SN SERVICING CORP**

This matter came for hearing on the Debtor's request for approval of loan modification and the objection thereto by the Chapter 13 Trustee. Based upon signatures of counsel below, the Court finds the loan modification should be approved and the objection thereto withdrawn.

IT IS, THEREFORE, ORDERED, the Chapter 13 plan is modified as follows:

1. The modification of the Debtor's mortgage with SN Servicing Corp shall be permitted between the parties as set forth below:

    A. The "New Principal Balance" shall be $148,419.62.

    B. The rate is reduced to 5.875%. The new Maturity Date will be February 1, 2038.

    C. The new total payment including principle, interest, and escrow shall be $1,285.92 effective June 1, 2015.

    D. The new Maturity Date will be February 1, 2038.

2. The Debtor's Chapter 13 plan shall be modified as there is no pre-petition or post-petition arrearage claims and the Trustee shall cease payments on arrearage claims to SN Servicing Corp.

3. The modification shall not effect the treatment of any creditors other than the mortgage loan with SN Servicing Corp .

4. All other provisions of the Chapter 13 plan confirmed August 25, 2014, remain unchanged.

**This order was signed and entered electronically as indicated at the top of the page.**

Approved for Entry:

   /s/ J. ROBERT HARLAN
J. ROBERT HARLAN BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com


   /s/ Henry E. Hildebrand, III
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
Phone - 615/244-1101
Fax 615/242-3241
aoecf@ch13nsh.com

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2015.08.20 12:41:44 -05'00'