IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Raini Clapper Walker            BK:     3:14-bk-05239
Debtor

---

Response to:    Trustee's Motion to Dismiss for Failure to Fund Plan
Response Deadline:    October 9, 2018
Hearing Date: October 24, 2018
Time and Location:     8:30 AM, Courtroom 1, 2nd Floor, Customs House, 701 Broadway, Nashville, TN 37203

---

## **RESPONSE TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO FUND PLAN**

Comes the Debtor, through counsel and would respond to the Trustee Motion to Dismiss For Failure to Fund Plan as follows:

1. The debtor experienced a hardship and a temporary loss of income due to a job loss. The debtor has returned to work. The debtor will begin sending payments to the Chapter 13 Trustee.

2. The debtor will dedicate future IRS tax refunds for any year that comes due while the plan is active to be distributed under the plan

3. The case will be on probation providing that, if future plan payments are missed, the case will be dismissed upon application and order entered with the Court.

4. The debtor will attend the Chapter 13 Trustee's Financial Workshop within 60 days of entry of this order.

5. The debtor previously requested the Chapter 13 Trustee to issue a new payroll deduction order on the wages of Raini Clapper Walker.

BASED UPON THE FOREGOING, the Debtor requests the Court to deny the Trustee's Motion to Dismiss for Failure to Fund Plan. Respectfully submitted September 18, 2018.

/s/ J. ROBERT HARLAN
J. Robert Harlan - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com

## CERTIFICATE OF SERVICE

  I, the undersigned, do hereby certify that I have mailed a true and exact copy of the foregoing to Raini Clapper Walker and by Electronic Case Noticing to the Chapter 13 Trustee, and to the U.S. Trustee's Office September 18, 2018.

                /s/ J. ROBERT HARLAN
                J. Robert Harlan - BPR No. 010466
                Harlan, Slocum & Quillen