# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                14-05239-MH3-13

RAINI CLAPPER WALKER                 10/25/2018

## AGREED ORDER ALLOWING PLAN TO CONTINUE AND
## PLACING DEBTOR(S) ON PROBATION

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor to comply with the requirements of the plan and the court's order confirming that plan. It further appears to the Court that the Trustee and the debtor have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that the debtor shall forward all tax refunds received subsequent to this order to the trustee for application to the plan; it is further

ORDERED, that it is the obligation of the debtor to make all future payments in accordance with the confirmed Chapter 13 plan and that should the debtor fail to make any payment as required, this case will be dismissed upon filing of notice by the Trustee, without further hearing; it is further

ORDERED that the payroll deduction for **RAINI CLAPPER WALKER** be modified in this case, to an amount equal to **$1,301.00 BI-WEEKLY**, in order that the plan be completed within the sixty (60) months of confirmation.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP
OF THE FIRST PAGE.

AGREED TO:

/s/ J ROBERT HARLAN
_____
J ROBERT HARLAN
ATTY FOR THE DEBTOR
P O BOX 949
COLUMBIA, TN 38402-0949
PHONE NO. 931-381-0660
dispositions@robertharlan.com
FAX NO. 931-381-0660