IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Raini Clapper Walker  BK: 3:14-bk-05239
Debtor

_____

Response to: Trustee Motion to Declare Mortgage Current
Response Deadline: August 8, 2019
Hearing Date: August 28, 2019
Time and Location:  9:00 a.m., Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203

**RESPONSE TO SN SERVICING CORPORATION'S RESPONSE TO TRUSTEE'S MOTION TO DECLARE MORTGAGE CURRENT**

Comes the Debtor, through counsel and would respond to SN Servicing Corporation's Objection to the Trustee's Motion to Declare the Mortgage Current. For cause, the Debtor would state as follows:

1. The Debtor filed this bankruptcy case on June 30, 2014 and listed a debt serviced by Selene Fiannce secured by the residential real estate. The servicing of the account was subsequently transferred to SN Servicing Corporation.

2. The Confirmation Order provided for the debt to be paid as a long term debt with an arrearage cure provision.

3. The Debtor filed an Adversary Proceeding (AP 3:15-ap-90054) on January 28, 2015. The Adversary Proceeding was resolved following the approval of a loan modification. The loan modification provided that $7,716.00 was applied toward a negative escrow balance of $8,369.59, leaving a negative escrow balance of $649.59. The modification provided for a continuing payment of $1,285.92 ($9876.75 Principal and Interest + $299.17 escrow). An Agreed Order Approving the Loan Modification (ECF 51) was entered on August 25, 2015 and the Trustee commenced payments to SN Servicing. The Trustee also disbursed a payment of $7,715.52 to SN Servicing on October 31, 2015 in compliance with the order.

4. Despite receiving this payment, the Notice of Payment Changes filed by SN Servicing over the life of the bankruptcy continued to show a shortage that it was not seeking to collect.

5. On October 24, 2018, SN Servicing filed a Notice of Payment Change seeking to collect a shortage of $3,392.76 (ECF No. 71) and the Debtor objected (ECF No. 82).

6. The matter was heard on February 6, 2019 and this Court ordered that the payment change be denied and that "the recovery collection of $3,317.00 is forever prohibited. SN Servicing is forever precluded from presenting information relating to the $3,317.00 in any form, as evidence in any contested matter or adversary proceeding in this case." (ECF No. 91).

7. SN Servicing's objection to the Trustee's Motion to Declare the Mortgage Current is a blatant attempt to circumvent the order of this court that denied the Notice of Payment Change just six months ago. This objection is a clear and direct violation of the court order, and the filing of that objection shows a pattern and practice of violating this court's orders and of failing to properly apply funds received from the Chapter 13 Trustee.

9. The Debtor requests that the Trustee's Motion to Declare the Mortgage Current be granted, that SN Servicing be forever precluded from attempting to collect the amounts sought from the Debtor, that SN Servicing be sanctioned for its blatant, repeated disregard for the Court's orders, and Debtor's attorney be awarded attorney's fees for representation in connection with this matter.

BASED UPON THE FOREGOING, the Debtor requests the Court to grant the Trustee's motion to declare the mortgage current and grant a hearing on the same.

Respectfully submitted August 22, 2019.

/s/ J. ROBERT HARLAN
J. Robert Harlan - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have mailed a true and exact copy of the foregoing to Raini Clapper Walker, all creditors and any party in interest, by Electronic Case Noticing to the Chapter 13Trustee and to the U.S. Trustee's Office August 22, 2019.

/s/ J. ROBERT HARLAN
J. Robert Harlan - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the debtor

August 22, 2019

Raini Clapper Walker
114 Greenbrier St
Dickson, TN 37055

Dear Ms. Walker,

    The Trustee has filed a Motion to Declare your Mortgage Current and SN Servicing has objected. We have filed a response to the objection to state our support of the Trustee's Motion and opposition to SN Servicing's objection. A hearing is currently set for August 28, 2019 at the Customs House, Courtroom 1, 701 Broadway, Nashville, TN 37203. You may be required to attend to testify. Please check with Keith Slocum a few days prior to the hearing to determine if this matter has been resolved.

                                            Yours truly,

                                            J. Robert Harlan

JRH:ss
/

Case 3:14-bk-05239   Doc 100   Filed 08/22/19   Entered 08/22/19 10:31:39   Desc Main
Document   Page 4 of 4