IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:

Raini Clapper Walker     BK:     3:14-bk-05239
xxx-xx-6421     Chapter 13
Debtor     Judge Marian F. Harrison

## AMENDED WITNESS LIST EXHIBIT LIST FOR
## HEARING ON MOTION TO DECLARE MORTGAGE CURRENT AND MOTION SET ASIDE ORDER APPROVING LOAN MODIFICATION

Debtor, hereby submits the following:

### WITNESSES

1. Debtor
2. Debtor hereby reserves the right to call any and all witnesses as designated by the Creditor or Trustee.

### EXHIBITS

1. Confirmation Order (ECF No. 15)
2. Signed Loan Modification Agreement
3. Motion to Approve Loan Modification (ECF No. 48)
4. Trustee's objection to the Motion to Approve Loan Modification (ECF No. 49)
5. Agreed Order approving Loan Modification (ECF No. 51)
6. BNC Notice on Agreed Order Approving Loan Modification (ECF No. 52)
7. Notice of Payment Change 10.1.2016 (ECF No. 54)
8. Notice of Payment Change 10.1.2017 (ECF No. 55)
9. Notice of Payment Change 12.1.2018 (ECF No. 71)
10. Debtor's 3002.1 Motion (ECF No. 82)
11. SN Servicing's Objection to Debtor's 3002.1 Motion (ECF No. 85)
12. 3002.1 Order (ECF No. 91)
13. Trustee's Motion to Declare Mortgage Current (ECF No. 97)
14. SN Servicing's Objection to Motion to Declare Mortgage Current (ECF No. 98)
15. Motion to Set Aside Order Approving Loan Modification (ECF No. 105)

The Debtor will object to the disclosure of any exhibits not designated in compliance with Local Rule 9014-2

Respectfully submitted October 22, 2019.

    /s/ Keith D. Slocum
Keith D. Slocum - BPR No. 023024
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan